IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| AGTEGRA COOPERATIVE<br><br>Plaintiff,<br><br>v.<br><br>MERITUM ENERGY HOLDINGS, LP<br><br>Defendant. | CIVIL ACTION<br><br>NO.    1:23-cv-1014<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, AGTEGRA COOPERATIVE ("Agtegra"), by and through its undersigned counsel, demands judgment against Defendant, Meritum Energy Holdings, LP ("Defendant"), and complains against it as follows:

### JURISDICTION AND VENUE

1. Jurisdiction for Plaintiff is based on 28 U.S.C. § 1332(a)(1) as this action involves a controversy between citizens of different states. Moreover, the amount in controversy exceeds $75,000 (exclusive of interest and costs).

2. Venue is proper in this district based on 28 U.S.C. § 1391(b)(2) in that the events giving rise to this claim occurred within this district.

### PARTIES

3. Agtegra is a farmer-owned grain, agronomy and energy cooperative with its principal place of business in Aberdeen, South Dakota, that provides services to farmers in South Dakota and North Dakota.

4. Defendant Meritum Energy Holdings, LP ("Meritum") is a foreign limited partnership which is in the business of fuel distributions and energy solutions, which does

1

business in South Dakota and which provided routine tank filling services at the property owned by Agtegra.

## STATEMENT OF FACTS

5.     On or about late November, 2019, Agtegra contracted with Meritum to fill Agtegra's propane tank on its property at Kennebec, South Dakota by filling the tank with propane, and Meritum subsequently began such work.

6.     Unbeknownst to Agtegra, during this service, Meritum used a transport tanker contaminated with water to fill Agtegra's propane tank at Kennebec, South Dakota, which caused water contamination to enter Agtegra's system, and subsequently the water was transferred throughout the rest of Agtegra's gas system, as gas was being used by the grain dryer.

7.     Meritum's actions resulted in damage to Agtegra's property, the incursion of third-party repair and service fees, loss in value of and expenses involving Agtegra's grain at its Kennebec, South Dakota location, among other expenses and harm to Agtegra.

8.     Upon investigation, it is believed that the Meritum transport tanker did not empty out completely after a scheduled pressure hydrostatic testing procedure and was contaminated when it serviced Agtegra's propane tank on its property at Kennebec, South Dakota.

9.     As a result of the damage described above, Agtegra incurred in excess of seventy-five thousand dollars ($75,000.00) in damages.

## **COUNT I - NEGLIGENCE**

10. Each of the above allegations is incorporated by reference as if stated herein.

11. Upon being contracted by Agtegra to perform tank filling services at Agtegra, Meritum owed a duty to use reasonable care in completing said services.

12. That Meritum breached such duties by negligently and improperly filling Agtegra's tank.

13. That as a direct and proximate result of Meritum's negligence described above, Agtegra suffered damages in the amount in excess of $75,000.

## **COUNT II – BREACH OF CONTRACT**

13. Each of the above allegations is incorporated by reference as if stated herein.

14. Meritum entered into a contract with Agtegra, whereby Meritum agreed to perform its tank filling services in an acceptable manner.

15. Meritum breached its contract with Agtegra when it failed to perform the tank filling services in an acceptable manner, whereby causing damage to Agtegra's property.

16. That as a direct and proximate result of Meritum's breach of contract as described above, Plaintiff suffered damages in an amount in excess of $75,000.00.

WHEREFORE, Plaintiff AGTEGRA COOPERATIVE prays for judgment against Defendant MERITUM ENERGY HOLDINGS, LP in an amount in excess of $75,000 with prejudgment interest thereon, their costs and disbursements herein, and for such other and further relief as the Court deems just and equitable.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

By: s/Steven L. Theesfeld
Steven L. Theesfeld (#4255)
YOST & BAILL, LLP
220 S. 6th Street, Suite 2050
Minneapolis, MN N55402
612-338-6000 / stheesfeld@yostbaill.com

Dated: June 5, 2023

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
AGTEGRA COOPERATIVE.

### DEFENDANTS
MERTIUM ENERGY HOLDINGS, LP

**(b)** County of Residence of First Listed Plaintiff: Brown County, SD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Tarrant County, TX
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Yost & Baill, LLP
220 S. 6th Street, Suite 2050, Minneapolis, MN 55402

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [x] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Defendant's services caused damage to Plaintiff's property.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/05/2023

SIGNATURE OF ATTORNEY OF RECORD: s/Steven L. Theesfeld

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)